IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on February 16, 2010, at 10:00 a.m., I shall appear before the Honorable Judge Carol A. Doyle or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Motion to Extend Time to File Objection to Exemptions, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 5th day of February, 2010.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

William T. Neary, United States Trustee
Office of the United States Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Barry A. Chatz, Esq., Chapter 7 Trustee
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, Illinois 60603

**Parties Service By US Mail**

Mark C. Van Veen
6322 North Wayne Avenue
Chicago, Illinois 60660

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**MOTION TO EXTEND TIME TO FILE OBJECTION TO EXEMPTIONS**

Now comes Barry A. Chatz, Chapter 7 Trustee (the "Trustee"), in support of his Motion to Extend Time to File Objection to Exemptions (the "Motion"), respectfully states as follows:

1. On November 24, 2009, Mark C. Van Veen (the "Debtor"), caused a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code to be filed; and, Barry A. Chatz was appointed as trustee in this case.

2. The Trustee examined the Debtor at the meeting of creditors held pursuant to § 341 of the Bankruptcy Code on January 8, 2010, and the meeting was adjourned without future date.

3. Subsequent to the meeting, the Trustee has been engaged in an investigation of the Debtor's assets and has been in communication with the Debtor's counsel.

4. On February 5, 2010, the Trustee retained Gregory K. Stern, Monica C. O'Brien, James E. Hausler, and Christina M. Riepel (the "Attorneys") to assist him in investigating the Debtor's assets and alleged exemptions. The Trustee's Application to Employ Attorneys is scheduled to be heard the same day as the instant motion.

5. The Trustee has reason to believe that the Debtor improperly scheduled one or more exemptions in contravention of 11 U.S.C. § 522.

6. The Trustee and Attorneys have not had sufficient time to determine the validity of the Debtor's alleged exemptions, and require additional documents and information from the Debtor to

1

determine whether an objection should be filed.

      WHEREFORE, the Trustee prays for an Order extending the time to March 26, 2010 to file an objection to the Debtor's exemptions; and, for such other further relief as this Court deems just.

                                              /s/ Gregory K. Stern
                                                Gregory K. Stern, Esq.

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558