IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**ORDER EXTENDING TIME TO FILE OBJECTION TO EXEMPTIONS**

**THIS CAUSE COMING ON TO BE HEARD ON** Barry A. Chatz, Chapter 7 Trustee's Motion to Extend Time to File Objection to Exemptions, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The. Trustee's Motion to Extend Time to File Objection to Exemptions is granted.

2. The time for Barry A. Chatz, Chapter 7 Trustee, to file an objection to the Debtor's 11 U.S.C. § 522 exemptions pursuant to Fed. R. Bankr. P. 4003 is extended up to and including March 26, 2010.

                                          Hon. Carol A. Doyle

Dated: February 16, 2010

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604