IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on March 11, 2010, at 10:00 a.m., I shall appear before the Honorable Judge Carol A. Doyle or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Motion to Extend Time to File Adversary Complaint Objecting to Discharge, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 6th day of March, 2010.



_____/s/ Gregory K. Stern_____
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

William T. Neary, United States Trustee
Office of the United States Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Barry A. Chatz, Esq., Chapter 7 Trustee
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, Illinois 60603

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**MOTION TO EXTEND TIME TO FILE ADVERSARY COMPLAINT
OBJECTING TO DISCHARGE**

Now comes Barry A. Chatz, Chapter 7 Trustee (the "Trustee"), by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel, in support of his Motion to Extend Time to File Adversary Complaint Objecting to Discharge (the "Motion"), respectfully states as follows:

1. On November 24, 2009, Mark C. Van Veen (the "Debtor"), caused a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code to be filed; and, Barry A. Chatz was appointed as trustee in this case.

2. The Trustee examined the Debtor at the meeting of creditors held pursuant to § 341 of the Bankruptcy Code on January 8, 2010, and the meeting was adjourned without future date.

3. Adversary complaints objecting to discharge pursuant to 11 U.S.C. §727 are required to be filed in this case by March 9, 2010.

4. The Trustee has been engaged in an investigation of the Debtor and his assets, and on February 5, 2010, the Trustee retained Gregory K. Stern, Monica C. O'Brien, James E. Hausler, and Christina M. Riepel ("Counsel") to assist him in his investigation.

5. On February 16, 2010, the Court entered an Order Extending Time to File Objections to Exemptions, allowing the Trustee until March 26, 2010 to file his objections to the Debtor's 11 U.S.C. § 522 exemptions.

6.   The Trustee has reason to believe that the Debtor, with intent to hinder, delay or defraud creditors, may have caused property to be transferred from non-exempt to exempt assets on the eve of his bankruptcy filing in contravention of 11 U.S.C. § 727.

7.   The Trustee is requesting additional time to investigate the asset transfers and the Debtor's actions on the eve of filing to determine whether the Debtor's actions require the Trustee to file an objection to discharge pursuant to 11 U.S.C. § 727.

WHEREFORE, the Trustee prays for an Order extending the time to file an adversary complaint objecting to discharge to June 15, 2010; and, for such other further relief as this Court deems just.

_____/s/ Gregory K. Stern_____
Gregory K. Stern, Esq.

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558