3/11/10 4:45PM

B6C (Official Form 6C) (12/07)

In re  Mark C Van Veen  Case No. 09-44691
                Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| North Community Bank Checking Account | 735 ILCS 5/12-1001(b) | 4,000.00 | 4,437.14 |
| **Wearing Apparel** | | | |
| wearing apparel | 735 ILCS 5/12-1001(a) | 150.00 | 150.00 |
| **Interests in Insurance Policies** | | | |
| Universal life insurance from Protective Life Insurance:<br>Protective Life Insurance<br>PO Box 12687<br>Birmingham, AL 35202 | 215 ILCS 5/238 | 0.00 | 17,379.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Fidelity Growth and Income Tax Fund<br>Fidelity Investments<br>PO Box 770001<br>Cincinnati, OH 45277 | 735 ILCS 5/12-704 | 18,871.01 | 18,871.01 |
| Vanguard Mid Cap Index Fund<br>Vanguard Group<br>PO Box 105433<br>Atlanta, GA 30348 | 735 ILCS 5/12-704 | 6,161.74 | 6,161.74 |
| Fidelity Dividend Growth<br>Fidelity Investments<br>PO Box 770001<br>Cincinnati, OH 45277 | 735 ILCS 5/12-704 | 6,904.67 | 6,904.67 |
| Oakmark Select<br>Oakmark Funds<br>PO Box 219558<br>Kansas City, MO 64121 | 735 ILCS 5/12-704 | 7,333.96 | 7,333.96 |
| Touchstone Money Market<br>Touchstone Investments<br>PO Box 5354<br>Cincinnati, OH 45201 | 735 ILCS 5/12-704 | 2,288.44 | 2,288.44 |
| **Office Equipment, Furnishings and Supplies** | | | |
| various office equipment | 735 ILCS 5/12-1001(d) | 200.00 | 200.00 |
| | Total: | 45,909.82 | 63,725.96 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mark C Van Veen**                                                    Case No.   **09-44691**
                             Debtor(s)                                         Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 9, 2010**                        Signature   **/s/ Mark C Van Veen**
                                                           Mark C Van Veen
                                                           Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.