IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MARK C. VAN VEEN, | ) | Case No. 09 B 44691 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## ORDER EXTENDING TIME TO FILE ADVERSARY COMPLAINT OBJECTING TO DISCHARGE

**THIS CAUSE COMING ON TO BE HEARD ON** Barry A. Chatz, Chapter 7 Trustee's Motion to Extend Time to File Adversary Complaint Objecting to Discharge, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The. Trustee's Motion to Extend Time to File Adversary Complaint Objecting to Discharge is granted.

2. The time for Barry A. Chatz, Chapter 7 Trustee, to file an objection to the Debtor's discharge is extended up to and including June 15, 2010.

_____
Hon. Carol A. Doyle

Dated: March 11, 2010

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604