# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| VAN VEEN, MARK C | §  Case No. 09-44691 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/02/2010 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/16/2010     By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers               Page 1 of 1                  Date Rcvd: Sep 17, 2010
Case: 09-44691                Form ID: pdf006              Total Noticed: 15

The following entities were noticed by first class mail on Sep 19, 2010.
db           +Mark C Van Veen,    6322 N. Wayne Ave.,    Chicago, IL 60660-1334
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15148362    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp.,      POB 3001,    Malvern, PA 19355-0701)
14770067     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14770068     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15364917      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14770070     +Daley Fahey,    6322 N. Wayne Ave.,    Chicago, IL 60660-1334
14770071     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
The following entities were noticed by electronic transmission on Sep 18, 2010.
14770065      E-mail/Text: bkr@cardworks.com                             Advanta Bank Corp,    PO Box 30715,
               Salt Lake City, UT 84130-0715
14770066      E-mail/Text: ebnbankruptcy@ahm.honda.com
               American Honda Finance Corporation,     PO Box 5308,    Elgin, IL 60121-5308
15423582      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2010 01:09:19
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,     PO Box 248809,
               Oklahoma City, OK   73124-8809
14770072     +E-mail/Text: bnc@nordstrom.com                             Nordstrom FSB,
               Attention: Bankruptcy Department,     Po Box 6566,    Englewood, CO 80155-6566
15112492     +E-mail/Text: bnc@nordstrom.com                             Nordstrom fsb,    PO Box 6566,
               Centennial, CO 80155-6566
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14770069*      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 19, 2010**                    **Signature:**   *Joseph Speetjens*