UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| VAN VEEN, MARK C | § | Case No. 09-44691 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                    . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp PO Box 30715 Salt Lake City, UT 84130-0715 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 |  |  |  |  |  |
| 000002 | ADVANTA BANK CORP. |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
|  | FIA CARD SERVICES |  |  |  |  |  |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000001 | NORDSTROM FSB |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 09-44691 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | VAN VEEN, MARK C | | |

Trustee Name:         BARRY A. CHATZ
Date Filed (f) or Converted (c):   11/24/09 (f)
341(a) Meeting Date:           01/08/10
Claims Bar Date:             05/17/10

For Period Ending:  10/13/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. NORTH COMMUNITY BANK CHECKING ACCOUNT | 4,437.14 | 4,437.14 | DA | 937.14 | FA |
| 2. NORTH COMMUNITY BANK SAVINGS ACCOUNT | 500.00 | 500.00 | DA | 0.00 | FA |
| 3. SECURITY DEPOSIT WITH LANDLORD: DALE FAHEY 6322 N. | 1,080.00 | 1,080.00 | DA | 0.00 | FA |
| 4. VARIOUS HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. VARIOUS PAINTINGS AND ART OBJECTS | 0.00 | Unknown | DA | 0.00 | FA |
| 6. WEARING APPAREL | 150.00 | 150.00 | DA | 0.00 | FA |
| 7. UNIVERSAL LIFE INSURANCE FROM PROTECTIVE LIFE INSU | 17,379.00 | 17,379.00 | DA | 17,148.78 | FA |
| 8. FIDELITY GROWTH AND INCOME TAX FUND FIDELITY INVES | 18,871.01 | 18,871.01 | DA | 0.00 | FA |
| 9. VANGUARD MID CAP INDEX FUND VANGUARD GROUP PO BOX | 6,161.74 | 6,161.74 | DA | 0.00 | FA |
| 10. FIDELITY DIVIDEND GROWTH FIDELITY INVESTMENTS PO B | 6,904.67 | 6,904.67 | DA | 0.00 | FA |
| 11. OAKMARK SELECT OAKMARK FUNDS PO BOX 219558 KANSAS | 7,333.96 | 7,333.96 | DA | 0.00 | FA |
| 12. TOUCHSTONE MONEY MARKET TOUCHSTONE INVESTMENTS PO | 2,288.44 | 2,288.44 | DA | 0.00 | FA |
| 13. VARIOUS OFFICE EQUIPMENT | 200.00 | 200.00 | DA | 0.00 | FA |
| 14. HONDA LEASE PREPAYMENT (u) | 0.00 | 6,285.60 | DA | 6,285.60 | FA |
| 15. PREFERENCE SETTLEMENT (u) AMOUNTS TRANSFERRED TO HIS RETIREMENT ACCOUNT FROM NON-EXEMPT ASSETS WITHIN THE THIRTY DAYS PRIOR TO FILING BANKRUPTCY | 0.00 | 4,540.00 | DA | 4,540.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 3.08 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $65,505.96 | $76,331.56 | | $28,914.60 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-44691    CAD    Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
| Case Name: | VAN VEEN, MARK C | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | 341(a) Meeting Date: | 01/08/10 |
| | | Claims Bar Date: | 05/17/10 |

WAITING FOR $0 BANK BALANCE STATEMENTS; PREPARE AND FILE FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 09-44691  -CAD | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | VAN VEEN, MARK C | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0054  BofA - Money Market Account |
| Taxpayer ID No: | *******0368 | | | |
| For Period Ending: | 10/13/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/10 | 14 | HONDA LEASE TRUST<br>P.O. BOX 2295<br>TORRANCE, CA 90509-2295 | REFUND | 1229-000 | 6,285.60 | | 6,285.60 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 6,285.67 |
| 03/16/10 | 1 | MARK VAN VEEN | BANK ACCOUNT | 1129-000 | 937.14 | | 7,222.81 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,222.98 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,223.16 |
| 05/10/10 | 15 | MARK VAN VEEN | PREFERENCE/FRAUDULENT TRANSFER | 1241-000 | 4,540.00 | | 11,763.16 |
| 05/10/10 | 7 | PROTECTIVE LIFE INSURANCE COMPANY | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 17,148.78 | | 28,911.94 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 28,912.44 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,913.15 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 28,913.88 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.72 | | 28,914.60 |
| 08/31/10 | | Transfer to Acct #*******6634 | Final Posting Transfer | 9999-000 | | 28,914.60 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 28,914.60 | 28,914.60 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 28,914.60 | |
| Subtotal | 28,914.60 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 28,914.60 | 0.00 | |

Page Subtotals          28,914.60          28,914.60

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44691  -CAD | Trustee Name: | BARRY A. CHATZ |
| Case Name: | VAN VEEN, MARK C | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6634  BofA - Checking Account |
| Taxpayer ID No: | *******0368 | | |
| For Period Ending: | 10/13/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/10 | | Transfer from Acct #*******0054 | Transfer In From MMA Account | 9999-000 | 28,914.60 | | 28,914.60 |
| 11/03/10 | 003001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 3,641.46 | 25,273.14 |
| 11/03/10 | 003002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 31.20 | 25,241.94 |
| 11/03/10 | 003003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | Claim 000006, Payment 100.00000% ATTORNEY FOR TRUSTEE | 3210-000 | | 5,769.00 | 19,472.94 |
| 11/03/10 | 003004 | Nordstrom fsb PO Box 6566 Centennial, CO 80155 | Claim 000001, Payment 23.31119% | 7100-000 | | 209.19 | 19,263.75 |
| 11/03/10 | 003005 | Advanta Bank Corp. POB 3001 Malvern, PA 19355-0701 | Claim 000002, Payment 23.31154% | 7100-000 | | 6,191.25 | 13,072.50 |
| 11/03/10 | 003006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 23.31156% | 7100-000 | | 1,291.43 | 11,781.07 |
| 11/03/10 | 003007 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000004, Payment 23.31152% | 7100-000 | | 5,265.50 | 6,515.57 |
| 11/03/10 | 003008 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 | Claim 000005, Payment 23.31153% | 7100-000 | | 6,515.57 | 0.00 |

Page Subtotals        28,914.60        28,914.60

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-44691 -CAD
Case Name: VAN VEEN, MARK C

Taxpayer ID No: *******0368
For Period Ending: 10/13/11

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6634  BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Oklahoma City, OK 73124-8809 | | | | | |
| 02/07/11 | | FIA CARD SERVICES 1000 SAMOSET DRIVE NEWARK, DE 19713 | RETURN OF DISTRIBUTION | 7100-000 | | -5,307.85 | 5,307.85 |
| 09/22/11 | 003009 | NORDSTROM FSB PO BOX 6566 CENTENNIAL, CO 80155 | CLAIM 000001 SUPPLEMENTAL DISTRIBUTION | 7100-000 | | 85.46 | 5,222.39 |
| 09/22/11 | 003010 | CITIBANK [SOUTH DAKOTA] DBA: SEARS P.O. BOX 182149 COLUMBUS, OH 43218 | CLAIM 00002 SUPPLEMENTAL DISTRIBUTION | 7100-000 | | 2,536.09 | 2,686.30 |
| 09/22/11 | 003011 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | CLAIM 000003 SUPPLEMENTAL DISTRIBUTION | 7100-000 | | 529.19 | 2,157.11 |
| 09/22/11 | 003012 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | CLAIM 000004 SUPPLEMENTAL DISTRIBUTION | 7100-000 | | 2,157.11 | 0.00 |

|  | | | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|
| COLUMN TOTALS | | | 28,914.60 | 28,914.60 | 0.00 |
| Less: Bank Transfers/CD's | | | 28,914.60 | 0.00 | |
| Subtotal | | | 0.00 | 28,914.60 | |
| Less: Payments to Debtors | | | | 0.00 | |
| Net | | | 0.00 | 28,914.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******0054 | 28,914.60 | 0.00 | 0.00 |
| BofA - Checking Account - *******6634 | 0.00 | 28,914.60 | 0.00 |
| | 28,914.60 | 28,914.60 | 0.00 |
| Page Subtotals | 0.00 | 0.00 | |

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44691  -CAD | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | VAN VEEN, MARK C | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6634  BofA - Checking Account |
| Taxpayer ID No: | *******0368 | | | |
| For Period Ending: | 10/13/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*